

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00238-CV

**CC&T ENTERPRISES, LLC,**
Appellant

v.

**THE TEXAS 1031 EXCHANGE COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-484
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's brief originally was due on January 18, 2022. Appellee has received one extension of time until February 17, 2022 to file its brief. On February 15, 2022, appellee filed an unopposed motion requesting a fourteen-day extension of time.

The motion is GRANTED, and appellee is ORDERED to file its brief **no later than March 3, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court